IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scott-Wiltz, Denita M

Printed: 7/29/08

Case Number: 08 B 07078
Judge: Squires, John H
Filed: 3/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 79,476.99 | 0.00 |
| 3. | RMI/MCSI | Unsecured | 99.70 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 3,743.62 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,051.89 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 55.39 | 0.00 |
| 7. | Well Group Health Partners | Unsecured | 2,917.54 | 0.00 |
| 8. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 9. | AFNI | Unsecured | | No Claim Filed |
| 10. | Account Recovery Service | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Credit One | Unsecured | | No Claim Filed |
| 13. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | National Recoveries Inc | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | National Recoveries Inc | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 21. | National Recoveries Inc | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Professional Account Management | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Scott-Wiltz, Denita M | Case Number:  08 B 07078 |
| | Judge:  Squires, John H |
| Printed:  7/29/08 | Filed:  3/25/08 |

```
                                              _____          _____
                                              $ 87,345.13          $ 0.00
```

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____